IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SONNY WHITTED,** | ) |
| **Plaintiff,** | ) |
| vs. | )   CIVIL ACTION 06-000776-KD-B |
| **RICHARD ROBERTS,** | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice**.**

DONE this 16th day of March, 2010.

                                                 <u>s/ Kristi K. DuBose</u>
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**